UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| JANYCE BROOKS, an individual, | ) | |
| Plaintiff, | ) | 2:10-cv-1265-GMN-RJJ |
| vs. | ) | |
| COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, etc., | ) | O R D E R |
| Defendant, | ) | |

IT IS HEREBY ORDERED that CLA's Request for an Order Shortening Time (#15) related to the Motion to Compel (#14) is GRANTED.

IT IS FURTHER ORDERED that a hearing by telephone conference call is scheduled for Dec. 20, 2010, at 1:30 PM PST on Defendant CLA's Motion to Compel (#14).

IT IS FURTHER ORDERED that Plaintiff shall initiate the call.

DATED this 20th day of December, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge