ANN-MARTHA ANDREWS
Nevada Bar No. 7585
AAndrews@LRLaw.com
KRISTINA N. HOLMSTROM
Nevada Bar No. 10086
KHolmstrom@LRLaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
(702) 949-8200
(702) 949-8398 (fax)

Attorneys for Defendant
Colonial Life And Accident Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANYCE BROOKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, a South Carolina corporation,<br><br>Defendant. | Case No. 2:10-cv-01265-GMN-(RJJ)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

The parties, having settled their dispute, hereby stipulate that the Court shall dismiss the matter with prejudice.  Each party will bear its own attorneys' fees and costs.

. . .

. . .

. . .

. . .

. . .

1 | DATED this 18th day of January, 2011.

2 | LAW OFFICES OF STEVEN J. PARSONS                LEWIS AND ROCA LLP

3

4 | BY: /s/ *Steven J. Parsons*                                    BY: /s/ *Ann-Martha Andrews*
     STEVEN J. PARSONS                                       ANN-MARTHA ANDREWS
5 |      Nevada Bar No. 363                                        Nevada Bar No. 7585
     City Center West, Suite 108                            KRISTINA N. HOLMSTROM
6 |      7201 West Lake Mead Boulevard                   Nevada Bar No. 10086
7 |      Las Vegas, Nevada  89128-8354                    3993 Howard Hughes Parkway
     Attorney for Plaintiff                                          Suite 600
8 |                                                                                 Las Vegas, Nevada  89169
9 |                                                                                 Attorneys for Defendant
                                                                                Colonial Life And Accident Insurance
10 |                                                                                Company

---

**DATED** this 18th day of January, 2011.

LAW OFFICES OF STEVEN J. PARSONS

BY: /s/ *Steven J. Parsons*
STEVEN J. PARSONS
Nevada Bar No. 363
City Center West, Suite 108
7201 West Lake Mead Boulevard
Las Vegas, Nevada  89128-8354
Attorney for Plaintiff

LEWIS AND ROCA LLP

BY: /s/ *Ann-Martha Andrews*
ANN-MARTHA ANDREWS
Nevada Bar No. 7585
KRISTINA N. HOLMSTROM
Nevada Bar No. 10086
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169
Attorneys for Defendant
Colonial Life And Accident Insurance Company

IT IS SO ORDERED this 18th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89109